# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0234. QUARTERRIO JONES v. THE STATE.**

On January 14, 2021, Quarterrio Jones filed this application for discretionary review of the trial court's September 14, 2020 order denying his motion to correct void sentence.[1] We lack jurisdiction because the application is untimely.

To be timely, an application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As Jones filed this application 122 days after entry of the order at issue, the application is untimely and subject to dismissal. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith."). To the extent that Jones seeks permission to file an out-of-time application — he has titled his application as a "notice of out of time appeal" — he is not entitled to such relief, as he filed his application well beyond the application due date. See Court of Appeals Rule 31 (i) ("No extensions of time will be granted to file a discretionary application unless a motion for extension of time is filed on or before the application due date.").

---

[1] Jones filed his application in the Supreme Court, which transferred it here.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/29/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*